```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 01822
    ALEJANDRO MONTERO
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0490


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 02/02/2007 and was confirmed 05/02/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

      The case was dismissed after confirmation 09/26/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
HOMECOMINGS FINANCIAL     CURRENT MORTG        .00              .00            .00
HOMECOMINGS FINANCIAL     MORTGAGE ARRE        .00              .00            .00
HOMECOMINGS FINANCIAL     NOTICE ONLY    NOT FILED             .00            .00
HOMECOMINGS FINANCIAL     CURRENT MORTG        .00              .00            .00
HOMECOMINGS FINANCIAL     MORTGAGE ARRE        .00              .00            .00
AT & T BANKRUPCTY         UNSECURED      NOT FILED             .00            .00
BLOOM FDSB                UNSECURED      NOT FILED             .00            .00
MBNA                      UNSECURED      NOT FILED             .00            .00
MEDICAL TU                UNSECURED      NOT FILED             .00            .00
CITY OF CHICAGO DEPT OF   SECURED            250.00             .00          60.00
GEMB/WALMART              UNSECURED      NOT FILED             .00            .00
MRSI                      UNSECURED      NOT FILED             .00            .00
MRSI                      UNSECURED      NOT FILED             .00            .00
MRSI                      UNSECURED      NOT FILED             .00            .00
PEOPLES GAS & LIGHT       UNSECURED         1102.45             .00            .00
MIDWEST TITLE LOANS       SECURED VEHIC     9441.00             .00         570.00
CITY OF CHICAGO           UNSECURED           540.00             .00            .00
LEHMAN & FOX              DEBTOR ATTY       2,500.00                        495.60
TOM VAUGHN                TRUSTEE                                            74.40
DEBTOR REFUND             REFUND                                               .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               1,200.00

PRIORITY                                       .00
SECURED                                     630.00
UNSECURED                                      .00
ADMINISTRATIVE                              495.60
TRUSTEE COMPENSATION                         74.40

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 01822 ALEJANDRO MONTERO
```

```
DEBTOR REFUND                                                         .00
                                        ---------------    ---------------
TOTALS                                         1,200.00           1,200.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 12/27/07                     _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE